S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
YUNNIE YOUN AHN (CA Bar No. 265517)
yahn@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 1200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (949) 852-6899

Attorneys for Defendants
CHASE HOME FINANCE LLC
and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT R. MCELLIOT,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS, an entity whose form is unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, an entity whose form is unknown; NORTHWEST TRUSTEE SERVICES, INC., an entity whose form is unknown; CHASE HOME FINANCE, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: SACV10-01739DOC (RNBx)<br><br>JUDGE: Hon. David O. Carter<br><br>**JUDGMENT**<br><br>ACTION FILED: October 18, 2010 |

On February 8, 2011, the Court granted the Motion to Dismiss of defendants CHASE HOME FINANCE LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively "Defendants"), as to the First Amended Complaint of plaintiff DWIGHT R. MCELLIOT ("Plaintiff"). The Court

1
NOTICE OF LODGING

further allowed Plaintiff twenty ("20") days to file an amended complaint to cure the defects in the Complaint. To date, Plaintiff has not filed an amended complaint.

As Plaintiff has failed to amend his Complaint within the time allowed by the Court, and for the reasons explained in Defendants' Motion to Dismiss, the Court hereby DISMISSES THE CASE WITH PREJUDICE. Judgment in entered in favor of Defendants.

Dated: May 6, 2011          By: *David O. Carter*
                            Hon. David O. Carter
                            Judge of United States District Court